■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH PABST, Appellant.— Judgment of the Supreme Court, Nassau County, rendered September 14, 1973, affirmed. No opinion. The case is remitted to the Supreme Court, Nassau County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Martuscello, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

■ MURRAY BLUMBERG et al., Respondents, v. THOMASTON-SPRUCE CORP., Appellant, et al., Defendant.— In an action to permanently enjoin defendants from violating certain covenants contained in a 1908 agreement recorded in the then Westchester County Register's office which restricts the use of certain land located in Aubyn Manor, City of Mount Vernon, defendant Thomaston-Spruce Corp. appeals, as limited by its brief, from so much of an order of the Supreme Court, Westchester County, entered August 8, 1973, as granted plaintiffs' motion for a preliminary injunction to the extent of restraining defendants from violating one of the covenants. Order modified by adding thereto a provision that plaintiffs shall give an undertaking, as provided in CPLR 6312 (subd. [b]), in an amount to be fixed by Special Term after a hearing held for such purpose, unless the parties stipulate to an amount therefor. As so modified, order affirmed insofar as appealed from, without costs. The granting of a preliminary injunction without provision for a suitable undertaking was improper (CPLR 6312; *Rockland County Bldrs. Assn.* v. *McAlevey,* 29 A D 2d 975). Hopkins, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.